

# In the United States Court of Federal Claims
No. 17-939C
Filed: October 19, 2017

```
*******************************************
                                          *
                                          *                    FILED
SIGFRID BRADSHAW,                         *
                                          *                   OCT 19 2017
        Plaintiff, pro se,                *
                                          *                  U.S. COURT OF
                                          *                 FEDERAL CLAIMS
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
                                          *
*******************************************
```

**ORDER DISMISSING CASE**

On July 11, 2017, Plaintiff filed a Complaint, *pro se*, in the United States Court of Federal Claims. On September 11, 2017, the Government filed a Motion To Dismiss the July 11, 2017 Complaint.

On September 14, 2017, the court issued an Order To Show Cause, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 41(b), because Plaintiff had not filed with the court either the required filing fee or an application to proceed *in forma pauperis*. The September 14, 2017 Order To Show Cause stated:

> [RCFC 41(b)] states that the court may dismiss an action, on its own motion, "[i]f the plaintiff fails to prosecute or to comply with [the RCFC] or a court order[.]" RCFC 41(b). In light of Plaintiff's failure to prosecute the above-captioned case and comply with court-mandated deadlines, Plaintiff is ordered to show cause why this case should not be dismissed.
>
> Plaintiff will file a response to this Order on, or before, October 14, 2017. If a response is not filed, the court will dismiss the above-captioned case, pursuant to RCFC 41(b).

As of October 18, 2017, however, Plaintiff has not filed a Response to the court's September 14, 2017 Order To Show Cause, nor has Plaintiff shown cause why this case should not be dismissed. Further, Plaintiff still has not filed with the court either the required filing fee

7012 3460 0001 7791 8163

or an application to proceed *in forma pauperis*. As such, given the Plaintiff's failure to prosecute, the Clerk of Court is directed to dismiss this case, without prejudice.

**IT IS SO ORDERED.**

_____
**SUSAN G. BRADEN**
**Chief Judge**